UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RONDA KLASSEN,<br><br>   Plaintiff,<br><br>v.<br><br>ADVANCED MARKETING &<br>PROCESSING, INC. d/b/a<br>PROTECT MY CAR<br><br>   Defendant. | Case No. 8:21-cv-761-MSS-TGW |

## DECLARATION OF MICHAEL SABAU

Pursuant to 28 U.S.C. § 1746, I, Michael Sabau, declare as follows.

1. I am the Vice President of Marketing for Advanced Marketing & Process, Inc. d/b/a Protect My Car ("PMC" or "Protect My Car"). I am over eighteen years old and am otherwise competent to make this Declaration. I base this Declaration upon my personal knowledge. If called as a witness I could and would testify competently as to the truth of the matters stated herein.

### PMC's Telemarketing Practices and Procedures

2. Protect My Car sells vehicle service contracts, which are extended vehicle coverage contracts and service plans for vehicles to cover mechanical breakdowns.

3. As part of its business, Protect My Car generates sales through telemarketing. While people constantly complain about receiving unconsented recorded "car warranty" robocalls, those are not from PMC. Protect My Car takes

1

compliance with the TCPA and its related regulations seriously and has implemented and employed various policies and procedures to ensure compliance with the TCPA and national do-not-call rules.

4. Protect My Car ensures that it only calls telephone numbers for which it has prior express consent – an "opt-in" – to be called, because Protect My Car does not "cold call" people who have not already expressed an interest in its products.

5. Protect My Car purchases leads – information about consumers who have expressed an interest in being contacted – ***only*** from legitimate and vetted companies, many of which are publicly traded, that represent and warrant that the consumer was presented with a disclosure and gave prior express written consent consistent with the requirements of the TCPA to be called by or regarding Protect My Car.

6. Many of the leads are generated from websites run by companies, known as "publishers," that sell their leads to "lead generators" or "lead brokers." PMC does not deal with publishers, but makes clear to the lead generators and lead brokers with whom it directly deals about these requirements. This is one process that Protect My Car uses to prevent telephone solicitations to any telephone number on the National Do-Not-Call (or "DNC") Registry.

7. Protect My Car further ensures the leads and the "opt-ins" it acquires are valid by requiring the lead generators to ensure that each lead is validated and verified by a third-party lead verification service such as Jornaya.

2

8. Through coding that is included in the script of the publisher's website where the consumer submitted their telephone number and gave prior express written consent, verification services such as Jornaya are able to provide a certification of the disclosure/consent language the consumer was shown and agreed to, as well as information about the lead event (such as the date, time, website address, and IP address).

9. Protect My Car makes it clear to lead generators and brokers with which it deals that it does not accept leads that do not have such lead verification certificates of prior express written consent.

10. PMC has established and implemented written procedures to ensure compliance with the national do-not-call rules, and those written procedures were in place in March and April 2020. A true and correct copy of AMP's Telephone Sales Representative Do Not Call Procedures is attached hereto as Exhibit A.

11. PMC conducts a Telemarketing Laws 101 training, which states and includes training on those procedures and is provided to all new PMC personnel who participate in telemarketing. The training explains, among other things, what the National DNC Registry is and its purpose. This training also explains Protect My Car's "Telephone Sales Representative Do Not Call Procedures," which include how to identify do-not-call requests and what to do when a do-not-call request is made to make sure the request is honored. A true and correct copy of some of these training materials is attached hereto as Exhibit B.

12. All Protect My Car telephone sales representatives are required to

participate in this training, which is part of the training that lasts one or two weeks depending on the level of the sales representative.

13. These Protect My Car personnel receive the training at the start of their employment and must complete the training prior to having any telephone communications with customers.

14. PMC also maintains and records in its database a list of telephone numbers that its representatives may not contact. When a customer indicates that he or she no longer wants to receive calls from Protect My Car, the customer's information in Protect My Car's customer relationship management database is assigned a "do not call" code. This internal disposition ensures that the telephone number is not called again.

15. In connection with real-time application programming interface ("API") "do-not-call" scrubbing service provided by a vendor, Contact Center Compliance, that checks telephone numbers against DNC lists, Protect My Car has a subscription with the Federal Trade Commission, the administrator of the National DNC Registry, to obtain a copy of the National DNC Registry that is current within no more than 31 days. The real-time API scrubbing feature provided by Contact Center Compliance – which connects and transmits data in real-time from its computers to PMC's – does not work without such a subscription.

16. Protect My Car does not sell, lease, or use the National DNC Registry for an improper purpose. Nor does Protect My Car share the cost of accessing the

4

National DNC Registry with other entities.

17. The practices and procedures detailed above are all part of Protect My Car's routine business practice and have been in place for years, including during March and April 2020.

**Plaintiff's Lead and the Resulting Calls**

18. One of the lead generators with which PMC does business is Digital Media Solutions ("DMS"). DMS is a publicly-traded company (NYSE ticker of DMS) headquartered in Clearwater, Florida.

19. PMC has repeatedly informed DMS over the years, including by me, of Protect My Car's requirements for TPCA compliant, consent-based leads that have been validated and verified by a third-party service such as Jornaya.

20. The lead that resulted in the telephone calls to Plaintiff – containing her name, address, telephone number of (352) 988-7970, and year (2013), make, and model of her car – was acquired by PMC from DMS, more specifically from an order originally placed with a company called Underground Elephant (which DMS later acquired). For this reason, Plaintiff's information appears in PMC's records with the "LeadSource" of "UE Tier One," meaning Underground Elephant Tier One, a designation used for vehicles from 2005 to 2020. A true and correct copy of a screenshot from PMC's customer relationship management ("CRM") database regarding Plaintiff and evidencing the above information is attached hereto as Exhibit C.

21. The information in PMC's CRM database is kept and maintained in the course of PMC's regularly conducted business activity. It is PMC's regular practice to maintain and keep such data for purposes of keeping track of information regarding submitted leads, such as automatically imported data from the lead generator or lead broker, information regarding telephone call activity (telephone numbers called, dates, times, length of calls, etc.) that is automatically generated through the communications system, and results or dispositions of calls that are manually inputted into the system by PMC personnel immediately following any such interactions. PMC employees regularly rely upon these data in the course of conducting the company's business.

22. As shown in a report generated from Protect My Car's CRM, Protect My Car received from DMS the lead containing Plaintiff's information on March 2, 2020. A true and correct copy of the Excel report is attached hereto as Exhibit D.

23. The records in PMC's CRM show that PMC placed six telephone calls to the telephone number (352) 988-7970, starting on March 2, 2020. True and correct copies of reports generated from Protect My Car's CRM regarding the telephone calls are attached hereto as Exhibits E and F.

24. The data from these two reports can be summarized as follows:

| Date | Time | PMC Phone # | Agent Name | Disposition |
|---|---|---|---|---|
| March 2, 2020 | 7:45 p.m. | (352) 486-7062 | | Answering Machine, Left Message |
| March 3, 2020 | 8:18 a.m. | (352) 405-1012 | | Answering Machine, Left Message |
| March 3, 2020 | 5:45 p.m. | (352) 486-7062 | Conner Hall | Answering Machine |
| March 4, 2020 | 8:36 a.m. | (352) 405-1054 | Twila Blake | Follow-up |
| March 5, 2020 | 2:29 p.m. | (352) 486-7076 | Selena Martin | Answering Machine |
| March 6, 2020 | 10:12 a.m. | (352) 486-7076 | Scott Gilleland | Not Interested |

25. As noted, this data comes from the system that Protect My Car uses to track all of the telephone calls that its telephone sales representatives place. If any other call to Plaintiff's telephone number had been placed by an employee of Protect My Car, then it would have been reflected in PMC's records.

26. Thus, PMC representatives spoke with Plaintiff only twice. Those calls were on March 4, 2020 at 8:36 a.m. and on March 6, 2020 at 10:12 a.m. Each call placed by PMC telephone sales representatives that is answer by a live person is recorded. The recordings of these two calls were produced in discovery.

27. The data shows that after the second call, the PMC representative entered a "Not Interested" disposition for Plaintiff in Protect My Car's records.

28. The data shows that PMC never called Plaintiff again.

29. I understand that an issue has arisen with the "geolocation" that may correspond with the IP address associated with Plaintiff's lead, namely 72.216.33.183.

7

30. A publicly available report from the website https://www.iplocation.net/ip-lookup that compiles findings from "a few Geolocation providers" for that IP address identifies corresponding locations for that IP address in three locations: Fort Walton Beach, Florida; Pensacola, Florida; and Atlanta, Georgia. A true and correct copy of a printout of that website report is attached hereto as Exhibit G.

31. Such a mismatch is not uncommon in my experience. My IP address at home (in the Tampa area) has sometimes been associated with a geographic location as distant as Miami, Florida.

32. Furthermore, I understand that Plaintiff contends that she received telephone calls from PMC that are not reflected in PMC's records. This includes a telephone call on March 4, 2020 at 4:11 p.m. ET from telephone number (352) 988-6741, and a telephone call on April 3, 2020 at 3:26 p.m. ET from telephone number (352) 648-0187.

33. I have searched PMC's calling records, and there is nothing in the records showing that PMC placed these telephone calls or that it has ever even used either originating telephone number, that is, (352) 988-6741 or (352) 648-0187. Had PMC placed these telephone calls or ever used these originating telephone numbers, that would have been reflected in PMC's records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 28, 2022

_____
MICHAEL SABAU