UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

RONDA KLASSEN,

    Plaintiff,                                      Case No. 8:21-cv-761-MSS-TGW

v.

ADVANCED MARKETING & PROCESSING,
INC. d/b/a Protect My Car,

    Defendant.
_____/

**<u>DECLARATION OF Evan King</u>**

Pursuant to 28 U.S.C. § 1746, I, Evan King, declare as follows.

1.    I am the Compliance Counsel of Digital Media Solutions Inc. ("DMS"). I am over eighteen years old and am otherwise competent to make this Declaration. I base this Declaration upon my personal knowledge, including through a review of DMS's business records. If called as a witness I could and would testify competently as to the truth of the matters stated herein.

2.    DMS is a publicly traded company (NYSE ticker of DMS) headquartered in Clearwater, Florida that produces technology-enabled, data-driven digital performance advertising solutions connecting consumers and advertisers. Through various campaigns, including the use of third-party publishers, and its own proprietary technology, DMS generates and sells leads of interested consumers to businesses.

3.    Advanced Marketing & Processing, Inc. d/b/a Protect My Car

("PMC") is one of those businesses. DMS sells to PMC only leads in which the interested consumer provides their prior express written consent to receive telephone calls regarding PMC.

4. On March 2, 2020, DMS sold the following lead to PMC:

Phone Number: 3529887970
Last Name: Klassen
First Name: Ronda
Email Address: ronda.klassen@yahoo.com
Lead ID: 3641673
IP Address: 72.216.33.183
Account Name: Protect My Car
Sale Date: 3/2/2020

5. The lead information was transmitted to PMC on March 2, 2020 in the form attached hereto as Exhibit 1. Exhibit 1 is a true and correct copy of a report for this particular lead from DMS's database. The database contains information submitted to DMS from third-party publishers or consumers themselves, *i.e.*, someone with knowledge of the contents, and information automatically generated and compiled by its servers and computer systems. The data is kept and maintained in the course of DMS's regularly conducted business activity. It is DMS's regular practice to maintain and keep such data for purposes of keeping track of, among other things, lead information, and DMS employees regularly rely upon these data in the course of conducting the company's business.

6. DMS has been able to determine that the above lead originated from a submission on a third-party publisher website with the URL instant-auto-insurance-now.com (the "Site") on February 28, 2020. The publisher of the Site is a company called Crushing Ads, which is affiliated with Next Level Media.

7. The above lead has a Jornaya Universal LeadiD of 806066F0-5AFD-0F6B-8A2A-5499BD9177EF. In its investigation of Plaintiff's allegations, DMS obtained a copy of the Jornaya 1st Party Privacy Guardian Report (the "Jornaya Report") for the above lead. A true and correct copy of that Jornaya Report is attached hereto as Exhibit 2.

8. The Jornaya Report states, among other things, the TCPA Disclosure Statement on the Site and witnessed by the user, and also contains a link to a visual playback of the visit to the Site that generated the above lead.

9. Whenever possible, even when DMS did not create them, DMS maintains copies of the privacy policies or other language on a website reflecting a lead's prior express written consent to receive calls from or regarding a DMS customer in the event of a dispute. DMS had requested from the publisher of the Site the Privacy Policy on the Site at the time of the submission of the above lead and the listing of third-party marketing partners linked on the Site.

10. A true and correct copy of the Privacy Policy on the Site at the time of the submission of the lead – February 28, 2020 – is attached hereto as Exhibit 3. A true and correct copy of the listing of third-party marketing partners linked on the Site is attached hereto as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 22, 2022

*Evan King*
Evan King