UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

RONDA KLASSEN,

    Plaintiff,                                             Case No. 8:21-cv-761-MSS-TGW

v.

ADVANCED MARKETING & PROCESSING,      **REDACTED VERSION**
INC. d/b/a Protect My Car,

    Defendant.
_____/

## DECLARATION OF MICHAEL PERKINS

Pursuant to 28 U.S.C. § 1746, I, Michael Perkins, declare as follows.

1. My name is Michael Perkins. I am the Chief Executive Officer of New Level Media Ltd., formerly known as Next Level Media ("New Level Media"). I am over eighteen years old and am competent to make this Declaration. I base this Declaration upon my personal knowledge, including through a review of New Level Media's business records. If called as a witness I could and would testify competently as to the truth of the matters stated herein.

2. New Level Media is a company based in Singapore that generates and sells leads for sale to businesses of consumers who have expressed interest in being contacted by or regarding that business. The leads are primarily generated from various landing pages that New Level Media publishes under various names and URLs.

3. Ensuring that the generated leads comply with all legal requirements

and are valid with documented forms of consent (or "opt-ins"), including for purposes of the Telephone Consumer Protection Act ("TCPA"), is an essential part of the work that New Level Media performs and the service that it provides to its business customers.

4. While New Level Media's processes, procedures, and networks are confidential and proprietary, they are real and have been used successfully to develop bona fide opt-in consent leads for numerous customers, including publicly-traded companies such as Digital Media Solutions ("DMS") and Fluent. New Level Media does not manufacture or fabricate its opt-in data.

5. One of the processes that New Level Media frequently uses to generate leads and obtain consent of persons who register on its lead generation websites is as follows: when a person lands on a New Level Media-related website, often after clicking on an online advertisement, the person is presented with a form to complete with the person's personal contact information, including their telephone number, to obtain the good or service they are interested or more information about it.

6. The form also advises the person that he or she will be contacted by various companies at the telephone number provided by the user. This form advises the person or gives them a link containing a list of the names of each company – which may be referred to as a "marketing partner" – along with other language that is generally referred to as TCPA prior express written consent. A lead is not generated, and thus cannot be sold to an interested business, if the

2

visitor to the landing page does not press or click the "submit" button. New Level Media maintains records of persons who fill out these forms and provide their prior express written consent to be called by a marketing partner.

7. The landing page website from which Plaintiff Ronda Klassen's lead was generated – on the website instant-auto-insurance-now.com – operated along these lines.

8. New Level Media's records reflect that on February 28, 2020, at 5:30:35 p.m. ET, a person submitted a completed form under the name of Ronda Klassen and with her personal information on the website instant-auto-insurance-now.com (the "Landing Page"), which is one of New Level Media's landing pages used to generate leads. The form submission contained, among other things, the name Ronda Klassen, an address in Tampa, Florida, a telephone number of 352-988-7970, an e-mail address of ronda.klassen@yahoo.com, and that her car is a 2013 Hyundai Santa Fe (the "Klassen Lead").

9. The Landing Page from which the Klassen Lead was sourced generated visits from ads placed on Facebook by New Level Media, such as the following example:



10. At the time of Plaintiff's visit to the Landing Page, on February 28, 2020, the Landing Page contained the following TCPA disclosure statement:

> BY CLICKING "SUBMIT", I REPRESENT THAT I AM 18+ YEARS OF AGE AND AGREE TO THE PRIVACY POLICY AND TERMS & CONDITIONS. BY CLICKING THE "SUBMIT" BUTTON, I HEREBY GIVE PRIOR EXPRESS WRITTEN CONSENT TO RECEIVE MARKETING COMMUNICATIONS REGARDING INSURANCE PRODUCTS AND SERVICES VIA AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR PRE-RECORDED CALLS AND/OR SMS/MMS FROM INSTANT-AUTO-INSURANCE-NOW.COM AND ONE OR MORE OF IT'S **MARKETING PARTNERS** AT THE PHONE NUMBER AND/OR E-MAIL ADDRESS PROVIDED TO US, INCLUDING WIRELESS NUMBERS, IF APPLICABLE, EVEN IF I HAVE PREVIOUSLY REGISTERED THE PROVIDED NUMBER ON THE DO NOT CALL REGISTRY. SMS/MMS AND DATA MESSAGING RATES MAY APPLY. THIS CONSENT IS NOT REQUIRED AS A CONDITION TO PURCHASE SERVICES OR PRODUCTS, AND I MAY REVOKE MY CONSENT AT ANY TIME. (emphasis added).

11. The language bolded above – "MARKETING PARTNERS" – was in a different color font and hyperlinked to a list of marketing partners for whom Plaintiff provided consent to engage in marketing communications with her.

4

New Level Media retains copies of the lists of marketing partners for its various landing pages. A true and correct copy, from New Level Media's records, of the hyperlinked list of marketing partners on the Landing Page that was on the Landing Page on February 28, 2020 is attached hereto as Exhibit A. "ProtectMyCar" appears on page 11 of the list.

12. "ProtectMyCar" was placed on the list pursuant to an order placed with New Level Media by a marketing company called Underground Elephant, which has subsequently been acquired by DMS. The leads that New Level Media generated on the Landing Page were sold to Underground Elephant, among other marketing companies, and I understand that Underground Elephant subsequently resold the leads, including the Klassen Lead, to Protect My Car.

13. As stated above, a lead is not generated on the Landing Page, and thus cannot be sold or resold to an interested business, if the visitor to the Landing Page did not press or click the "submit" button.

14. The above-quoted TCPA Disclosure Statement on the Landing Page also contains a hyperlink to a Privacy Policy. New Level Media retains copies of the privacy policies for its various landing pages. A true and correct copy, from New Level Media's records, of the hyperlinked Privacy Policy on the Landing Page on February 28, 2020 is attached hereto as Exhibit B. The Privacy Policy states that by submitting personally identifiable information on the Landing Page, the visitor agrees to receive mobile marketing, notwithstanding any prior registration on a Do-Not-Call registry.

5

15. Although New Level Media included a TCPA Disclosure Statement and ensured leads could be generated only if persons gave prior express written consent to receive marketing communications on their telephone numbers by clicking "submit," New Level Media undertook more efforts to confirm the validity of the leads it generated on the Landing Page. To further verify the leads it generates and sells and to confirm that they are legitimate and comply with the TCPA, and because a number of businesses require such verification for any leads they purchase, New Level Media utilizes Jornaya's Guardian service on all of its landing pages with form submissions.

16. This means that New Level Media embeds script coding on all of its landing pages – including the Landing Page that Plaintiff visited – so that website and session data is automatically transmitted to Jornaya to enable it to verify and generate reports attesting to the validity and TCPA compliance of each site visit that leads to a submitted/generated lead.

17. Jornaya assigns each generated lead a "Lead iD," which must be used to obtain the Guardian Report confirming the legitimacy and TCPA-compliant nature of a lead. The "Lead iD" that Jornaya assigned for the Klassen Lead is 806066F0-5AFD-0F6B-8A2A-5499BD9177EF. Attached hereto as Exhibit C is the Jornaya Guardian Report that I retrieved from Jornaya for the Klassen Lead using the assigned "Lead iD."

18. As stated in the Jornaya Guardian Report, there is also a Jornaya Visual Playback, a re-enactment based on the session data for the lead event, that

can be accessed through the URL ████████████████████████████████████████████████████████████████████████████████████.

19.    I have reviewed the Jornaya Visual Playback for the Klassen Lead and have confirmed that the data that appears on that Visual Playback corresponds with the content of the Landing Page on February 28, 2020 and the data submitted to New Level Media and maintained in its database for Klassen, including her name and telephone number.

20.    I have also confirmed that the TCPA Disclosure Statement appearing in the Jornaya Guardian Report and reflected in the Jornaya Visual Playback matches the language that appeared on the Landing Page at the time of the Klassen Lead.

21.    Based on the above, New Level Media believes that on February 28, 2020 at around 5:30 p.m. ET, Plaintiff saw a Facebook ad for auto insurance, clicked on it, was sent to the Landing Page, submitted the information associated with the Klassen Lead, and clicked the "Submit" button.

22.    Again, New Level Media undertakes numerous efforts not only to ensure that the leads it sells are genuine and valid and represent interested consumers who gave prior express written consent to receive marketing communications, but to be able to have an independent and trusted verification service such as Jornaya confirm and provide visual evidence of the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February  26 , 2022                    _____
                                                                   MICHAEL PERKINS