# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| RONDA KLASSEN,<br><br>     Plaintiff,<br><br>  v.<br><br>ADVANCED MARKETING & PROCESSING, INC. d/b/a Protect My Car,<br><br>     Defendant. | Case No. 8:21-cv-761-MSS-TGW |

## PARTIES' STIPULATED FACTS IN CONNECTION WITH THEIR CROSS-MOTIONS FOR SUMMARY JUDGMENT

AND NOW, Ronda Klassen ("Plaintiff" or "Ms. Klassen") and Defendant Advanced Marketing and Processing, Inc. d/b/a "Protect My Car" ("Defendant" or "Protect My Car") submit their Stipulated Facts for their respective Summary Judgment Motions pursuant to this Court's Amended Scheduling Order dated January 14, 2022. Doc. No. 45. In accordance therewith, the Parties stipulate as follows:

1. Plaintiff Ronda Klassen is a resident of Tampa, Florida who works as a financial analyst for an audio-visual company.

2. During the relevant time period, February through April of 2020, Ms. Klassen owned and used a cell phone, the number for which was (352) 988- 7970. Klassen's cell phone plan was serviced by AT&T.

3. Klassen registered her cell phone number, 352-988-7970 on the National Do Not Call Registry on or around May 24, 2007.

4. In addition to her use of the AT&T cell phone, from February 28, 2020 to August 2021, Plaintiff had a telephone line installed at her residence that was attached through Voice over Internet Protocol ("VoIP") technology.

5. Defendant Advanced Marketing & Processing, Inc. d/b/a Protect My Car ("PMC" or "Protect My Car") sells vehicle service contracts.

6. As part of its business, Protect My Car generates sales through telemarketing.

7. Protect My Car purchases leads from third-party "lead generators" or "data brokers".

8. On March 2, 2020, Protect My Car purchased and received a "lead" including Ronda Klassen's name and phone number from consumer data-broker Digital Media Solutions for $1.25. Digital Media Solutions contends it purchased the lead with Klassen's data from "Next Level Media."

9. The lead purports to have originated from the website Instant-Auto-Insurance-now.com (the "Website").

10. The Website utilized third party company Jornaya's Guardian service. As part of the Guardian service, Jornaya authored a report reflecting a user of an internet-connected device with IP address 72.216.33.183 submitted an "opt-in" form on the Website on February 28, 2020 at 5:30 pm EST. The Jornaya report identified that IP address as being associated with Fort Walton Beach, Florida.

11. Jornaya's report for this opt-in also includes a link to a Visual Playback rendering that shows what the visitor did as they completed the lead creation form on the Website. That rendering shows that the website visit that resulted in the opt-in submission with Plaintiff's information, including her telephone number, lasted one minute and 38 seconds.

12. The Visual Playback is accessible by clicking a link at the following URL embedded in the Guardian Report certification: https://vp.leadid.com/playback/806066F0-5AFD-0F6B-8A2A-5499BD9177EF?key=1582929045417.

13. Although the text that was entered during the visit is not shown in the Visual Playback, if Plaintiff's information is entered in the corresponding fields on the left side of the

screen, that the information matches what was entered during the visit to the Website is shown.

14. The form for the Website includes the prompts "Select your vehicle(s)" and "Tell us about you or the driver looking to be insured". The form also has fields for the visitor to enter information such as name, address, date of birth, phone number, address, email address, gender, vehicle, relationship status, education, occupation, credit rating, and daily commute miles. Under those fields is a "submit" button, under which appears the language:

> BY CLICKING "SUBMIT", I REPRESENT THAT I AM 18+ YEARS OF AGE AND AGREE TO THE PRIVACY POLICY AND TERMS & CONDITIONS. BY CLICKING THE "SUBMIT" BUTTON, I HEREBY GIVE PRIOR EXPRESS WRITTEN CONSENT TO RECEIVE MARKETING COMMUNICATIONS REGARDING INSURANCE PRODUCTS AND SERVICES VIA AUTOMATIC TELEPHONE DIALING SYSTEM AND/OR PRE-RECORDED CALLS AND/OR SMS/MMS FROM INSTANT-AUTO-INSURANCE-NOW.COM AND ONE OR MORE OF IT'S MARKETING PARTNERS AT THE PHONE NUMBER AND/OR E-MAIL ADDRESS PROVIDED TO US, INCLUDING WIRELESS NUMBERS, IF APPLICABLE, EVEN IF I HAVE PREVIOUSLY REGISTERED THE PROVIDED NUMBER ON THE DO NOT CALL REGISTRY. SMS/MMS AND DATA MESSAGING RATES MAY APPLY. THIS CONSENT IS NOT REQUIRED AS A CONDITION TO PURCHASE SERVICES OR PRODUCTS, AND I MAY REVOKE MY CONSENT AT ANY TIME.

15. The Visual Playback accessible from the Jornaya Report reflects that Ronda Klassen's accurate name, address, telephone number, e-mail address, and vehicular information were submitted on the Website on during the purported February 28, 2020 opt-in.

16. Plaintiff's counsel issued a subpoena to Cox Communication regarding the identity of the subscriber to whom the IP Address "72.216.33.183" was assigned on February 28, 2020.

17. Cox Communication issued a response to that subpoena identifying the name, address, and phone numbers of the subscriber to whom IP Address 72.216.33.183 was

assigned on February 28, 2020 as an individual named Renard Johnson of Fort Walton Beach, FL 32547 along with the address and phone numbers of that individual.

18. The Jornaya Report describing the opt-in from 72.216.33.183 reflects the opt-in was submitted to Next Level Media.

19. "ProtectMyCar" appeared on the hyperlinked list of "marketing partners" that was on the Next Level Media Website along with a number of other companies.

20. In March 2020, Protect My Car placed telephone solicitation calls to Ronda Klassen. These calls were on:

- March 2, 2020 at 7:45 pm EST from (352) 486-7062;
- March 3, 2020 at 8:18 am EST from (352) 405-1012;
- March 3, 2020 at 5:45 pm EST from (352) 486-7062;
- March 4, 2020 at 8:36 am EST from (352) 405-1054;
- March 5, 2020 at 2:29 pm EST from (352) 486-7076; and
- March 6, 2020 at 10:12 am EST from (352) 486-7076.

21. Of these above telephone calls, the two that Plaintiff answered – on March 4, 2020 and March 6, 2020 – were recorded.

22. In the first call, Plaintiff responds, "this is not a good time. I'm at work." She is told "[w]e can give you a call back later," to which she does not object.

23. On the second call, Plaintiff states that she is not interested, and the call ends shortly thereafter.

24. While the Parties dispute whether Protect My Car called Klassen on March 4 2020 at 4:11 pm EST and April 3, 2020 at 3:26 pm EST, the Parties stipulate Plaintiff will not seek to recover for any calls other than the six stipulated calls and the two disputed calls.

SO STIPULATED:

Kimmel & Silverman, P.C.

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (admitted *pro hac vice*)
30 East Butler Ave.
Ambler, PA 19002
Phone: 215-540-8888
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com
Attorneys for Plaintiff, Ronda Klassen

GREENSPOON MARDER LLP

*/s/Roy Taub*
Roy Taub
(Fla. Bar No. 116263)
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com
Jeffrey A. Backman
(Fla. Bar No. 662501)
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954-491-1120 (Telephone)
954-343-6958 (Facsimile)
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq., hereby certify that I served a true and correct copy of the foregoing on all parties of record via ECF on April 27, 2022.

*/s/ Jacob U. Ginsburg*